**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: VICTOR JESUS CASTANEDA                    Case No.: 16-21121-RAM
and MIRIAM JULIA CASTANEDA,
_____Debtors._____/    Chapter 13

**Disclosure of Compensation Pursuant to FRBP 2016(b),**
**LR 2016-1 and 11 USC §329 and LR 2090-1(A) Certificate of Admission**

    1.    Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I hereby disclose that I am the attorney for the debtors and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered in contemplation of, or in connection with, the bankruptcy case is $3,500.00(or such other amount ordered by the court if a fee application is filed) as and for attorney fees ($2,000.00 received one year prior to filing), $150.00 as a costs offset charge for office supplies, photocopies, postage, long distance and/or fax charges ($150.00 received one year prior to filing).

    2.    The source of the compensation paid to me was the Debtors unless otherwise specified in Debtors' response to question 9 of the Statement of Financial Affairs. The source of compensation to be paid to me, if any, are the Debtors.

    3.    I have not agreed to share the above-disclosed compensation with any other person.

    4.    By agreement with the Debtors, the above-noted fee covers up to 11 hours of attorney time to confirm a plan of reorganization, including verification of Debtors' identities, consultations with the Debtors, gathering, preparation and execution of all pre-filing documentation, explanation of all Debtors' responsibilities, including plan payment responsibilities and required attendance at the first 341(a) First Meeting of Creditors, preparation of the bankruptcy petition, supporting schedules, statements and plan, amendments to same as necessary, preparation for, and appearance with and Debtors at, the first 341(a) First Meeting of Creditors and pre-confirmation motions and hearings and confirmation hearing(s), timely review of proofs of claim, objection to invalid and improper proofs of claim, as well as reasonable and necessary communications with the Debtors, the Trustee and creditors.

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net

5. By agreement with the Chapter 13 Debtors, the above-noted fee does not include legal services not specified in paragraph 4., above or specifically excluded herein. Such excluded services include, but are not limited to, any motion to continue stay or cause stay to take effect, motion to vacate dismissal, shorten prejudice period or reinstate case, motion for authority to refinance, purchase or sell real property, motion for recordable order stripping real property lien, motion for modification of plan, motion to avoid judicial lien(s), motion for hardship discharge, motion to incur additional debt, defense of post-confirmation motion for relief from stay or motion to dismiss case, post-confirmation objections to proofs of claim, conversion to proceedings under any other chapter, negotiation and/or execution of reaffirmation agreement, hearings or representation in connection with any adversary proceeding and all other services rendered after confirmation of the plan.

6. I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtors in this bankruptcy proceeding. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Date: 9/22/16

Signature: *Kelly Roberts*
James Schwitalla, Esquire
F.B.N. 911488
Kelly Roberts, Esquire
F.B.N. 83804
Attorney for the Debtors
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811