UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts) www.flsb.uscourts.gov
[ ] _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] _ Modified Plan (Indicate 1st, 2nd, etc. modified, if applicable)

In Re:  VICTOR JESUS CASTANEDA     MIRIAM JULIA CASTANEDA          Case No.
        XXX-XX-6386                XXX-XX-2401                     16-21121 RAM

[ ] This document is a plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 114.05  for months  1  to  36  in order to pay the following creditors:

| | | |
|---|---|---|
| Administrative: SAFE HARBOR ATTORNEY FEES: | Base Fee: | $3,500.00 |
| | Motion to Avoid Lien | $ 525.00 |
| | | $4,025.00 |
| LESS: Total Paid: | | $2,000.00 |
| Balance Due: | | $2,025.00 |
| Payable:---------------------------------------------------------------------------- | $101.25 | /month (Months 1 to 20 ) |

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1 _____  Secured Claim on Petition Date _____
                                            Payment                     _____ /month (Months 1 to 60)

**IF YOU ARE ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. section 507]
1 _____  Total Due: _____
                                            Payable:   _____ /month (Months 1 to 60)

Unsecured Creditors: Pay $1.39/month (Months 1 to 20); $102.64/month (Months 21 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**
(1) Debtors will continue making direct payments to REGIONS MORTGAGE (0151), first mortgagee on their homestead property located at 8030 SW 4th Street, Miami, FL 33144, outside of the plan.

_____                       9-22-16
VICTOR JESUS CASTANEDA                          Date

_____                       9-22-16
MIRIAM JULIA CASTANEDA                          Date
LF-31 (rev. 01/08/10)