UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: VICTOR JESUS CASTANEDA                     Case No: 16-21121-RAM
       and MIRIAM JULIA CASTANEDA,                Chapter 13
                    Debtors.              /

<u>CERTIFICATE OF SERVICE OF DEBTORS'
MOTION FOR RELIEF FROM STAY, NUNC PRO TUNC TO
SEPTEMBER 3, 2019, TO PROSECUTE A DEFENSIVE MOTION FOR FINAL
SUMMARY JUDGEMENT IN STATE COURT ACTION AND NOTICE OF HEARING</u>

**I HEREBY CERTIFY** that true and correct copies of the *Debtors' Motion for Relief From Stay, Nunc Pro Tunc to September 3, 2019, to Prosecute a Defensive Motion for Final Summary Judgement in State Court Action* [ECF 65] and the *Notice of Hearing* [ECF 66] ("Documents"), were served as follows:

The Notices of Electronic Filing (NEF's) for these Documents are hereby incorporated by reference for the purpose of identifying those parties who were served electronically and the times of service.

The parties appearing in the <u>Service List</u> below are nonregistered users or registered users who have yet to appear electronically in this case, and who were served in the manner indicated on the 25th day of September 2019.

                                                Submitted By:

                                                /s/ James Schwitalla
                                                James Schwitalla, Esquire
                                                F.B.N. 911488
                                                Attorney for the Debtor(s)
                                                Park Place II
                                                12954 S.W. 133 Court
                                                Miami, Florida 33186
                                                Office (305) 278-0811

<u>Service List</u>
<u>Via Regular U.S. Mail</u>

Michelle Garcia
c/o Law Offices of Brandon L. Chase, P.A.
2800 Ponce de Leon Blvd., Suite 1100
Coral Gables, FL 33134

<u>Service List</u>
<u>Via Electronic Mail</u>

Brandon L. Chase, Esquire
brandon@chasejustice.com