## UNITED STATES BANKRUPTCY COURT
## MIAMI
## SOUTHERN DISTRICT OF FLORIDA DIVISION

CASE NO.:  16-21121-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

VICTOR JESUS CASTANEDA
MIRIAM JULIA CASTANEDA

DEBTORS_____/

### REPORT OF COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtors, pursuant to Local Rule 3070-1(B) were to be current in all payments under the confirmed Chapter 13 Plan on or before **September 29, 2019**.  The Debtors have complied with the said order.

2. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 4th day of October, 2019.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

CC:  VICTOR JESUS CASTANEDA
     MIRIAM JULIA CASTANEDA
     JAMES W. SCHWITALLA, ESQUIRE