UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  VICTOR JESUS CASTANDEDA             Case No: 16-21121-RAM
   and MIRIAM JULIA CASTANEDA,              Chapter 13
           Debtors.                /

**CERTIFICATE OF SERVICE OF ORDER GRANTING DEBTORS' MOTION FOR RELIEF FROM STAY, *NUNC PRO TUNC* TO SEPTEMBER 3, 2019, TO PROSECUTE A DEFENSIVE MOTION FOR FIINAL SUMMARY JUDGMENT IN STATE COURT ACTION**

**I HEREBY CERTIFY** that true and correct copies of the *Order Granting Debtors' Motion for Relief from Stay, Nunc Pro Tunc to September 3, 2019, to Prosecute a Defensive Motion for Final Summary Judgment in State Court Action* [ECF 69] ("Document"), was served as follows:

The Notice of Electronic Filing (NEF) for this Document is hereby incorporated by reference for the purpose of identifying those parties who were served electronically and the times of service.

The parties appearing in the **Service List** below are nonregistered users or registered users who have yet to appear electronically in this case, and who were served in the manner indicated on the 4th day of October 2019.

Submitted By:

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
Attorney for the Debtor(s)
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811

**Service List**
**Via Regular U.S. Mail**

Michelle Garcia
c/o Law Offices of Brandon L. Chase, P.A.
2800 Ponce de Leon Blvd., Suite 1100
Coral Gables, FL 33134

The Bankruptcy Law Offices of James Schwitalla, P.A.
Park Place II • 12954 SW 133 Court • Miami, FL 33186 • Telephone: (305) 278-0811 • Telecopier (305) 278-0812
www.MiamiBankruptcy.net