CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on March 24, 2020**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 16−21121−RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Victor Jesus Castaneda
aka Victor J Castaneda, aka Victor Castaneda
8030 S.W. 4 St
Miami, FL 33144

SSN: xxx−xx−6386

Miriam Julia Castaneda
aka Miriam J Castaneda, aka Miriam Castaneda
8030 S.W. 4 St
Miami, FL 33144

SSN: xxx−xx−2401

# FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.